**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isac VELASQUEZ–PEREZ, a.k.a.**
**Jaime Sifuentes–Villega,**
**Defendant–Appellant.**

**No. 10–14505**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2011.

Yvette Rhodes, Robert E. O'Neill, David Paul Rhodes, Eduardo E. Toro–Font, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

---

Maria Guzman, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Maria Guzman, appointed counsel for Isac Velasquez–Perez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Velasquez–Perez's conviction and within-guideline sentence is **AFFIRMED.**